**DISMISS and Opinion Filed March 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00162-CV**

**GWENDOLYN JEANETTE WATEL, Appellant**
**V.**
**DUMANN REALTY, LLC, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12649-K**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Brown
Opinion by Justice Bridges

In a letter dated March 6, 2014, the Court questioned its jurisdiction over this appeal. We instructed appellant to file a letter brief by March 17, 2014 addressing our concern and gave appellee an opportunity to respond. We cautioned appellant that failure to file a jurisdictional brief within the time requested would result in dismissal of the appeal without further notice. As of today's date, appellant has not filed a jurisdictional brief.

Generally, this Court has jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *See id.* An order denying a motion for judgment nunc pro tunc is not an appealable order. *See Shadowbrook Apartments v. Abu-Ahmad*, 783 S.W.2d 210, 211 (Tex. 1990).

In her notice of appeal, appellant stated she is appealing the trial court's order denying her "Motion for Judgment to Correct Clerical Mistake (Nunc Pro Tunc) and Motion to Void Domesticated Foreign Judgment and Orders to Enforce Corrected Domesticated Foreign Judgment." The foreign judgment was filed in the trial court on September 9, 2011. We note that appellant appealed the domesticated foreign judgment in an earlier appeal. We dismissed that appeal, however, because her notice of appeal was untimely.

The order appellant has now appealed from is not an appealable order. *See Shadowbrook Apartments*, 783 S.W.2d at 211. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/David L. Bridges/

140162F.P05

DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GWENDOLYN JEANETTE WATEL,
Appellant

No. 05-14-00162-CV        V.

DUMANN REALTY, LLC, Appellee

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-11-12649-K.
Opinion delivered by Justice Bridges.
Justices O'Neill and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, DUMANN REALTY, LLC, recover its costs of this appeal from appellant, GWENDOLYN JEANETTE WATEL.

Judgment entered March 28, 2014

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

–3–